In the United States District Court, for the middle district of Pennsylvania

| | |
|---|---|
| Roscoe Chambers<br>Petitioner<br><br>V.S.<br><br>Mark S. Inch, Director<br>Federal Bureau of Prisons<br>Respondent | Case # 3:18-CV-501<br><br>Notice of Appeal<br><br>FILED<br>SCRANTON<br>APR 13 2021<br>PER _____<br>DEPUTY CLERK |

Now Comes Roscoe Chambers the petitioner files this notice of Appeals, in the Above case and caption

The Honorable Alan N. Bloch Denied Chambers Habeas Corpus motion on March 31, 2021

Petitioner request that the respectable clerk process this notice of Appeal and forward all documents filed in the District court pertaining to this case to the clerk of the appeals court for the third circuit, in the interest of Justice,

Dated April 7, 2021

Roscoe Chambers
Roscoe Chambers 13495-030
USP Thomson
P.O. Box 1002
Thomson Illinois 61285

# Certificate of Service

I Roscoe Chambers Hereby certify under penalties of perjury pursuant to 28 USCS 1746, that the following is true and correct and a complete copy of the following Motion was sent to the Court.

## Notice of Appeal

Which is deemed filed on the date it was presented to prison officials for forwarding to the United states Postal Service, see Houston vs Jack 101 L.Ed 2d 245, (1988) upon the court and served parties to the litigation and/or his/her attorney of record by placing the same in a sealed prepaid stamped envelope address to: office of the Clerk, United States District Court, for the middle District of Pennsylvania, 235 north Washington Avenue, P.O. Box 1148, Scranton, PA 18501-1148

And deposited in the legal Mail Depository for the US Post office at USP Thomson on this 7th day of April 2021.

Dated 4-7-21

Roscoe Chambers
Roscoe Chambers 13485-030
USP Thomson
P.O. Box 1002
Thomson Illinois 61285



INMATE NAME Roscoe Chambers
REGISTER NUMBER 13498-030
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON
RECEIVED
SCRANTON
APR 13 2021
PER _____
Legal Mail
DEPUTY CLERK

QUAD CITIES IL 612
08 APR 2021 PM 2 T

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148